**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:          In re Wellborn Tire Company and Mark Woodson Garney

Appellate case number:      01-19-00407-CV

Trial court case number:     85268-CV

Trial court:                            239th District Court of Brazoria County

Relators, Wellborn Tire Company and Mark Woodson Garney, have filed a petition for a writ of mandamus. Relators also have filed an emergency motion for temporary relief requesting a stay of "the deadline[s] for compliance with the trial court's challenged June 3, 2019 order." Relators' motion is **granted**. The trial court's June 3, 2019 order in Cause No. 85268-CV, *James Harold Pry and wife, Lisa Pry v. Wellborn Tire Company-Houston and Mark Woodson Garney*, pending in the 239th District Court of Brazoria County, Texas, is stayed. The stay is effective until disposition of relators' petition for a writ of mandamus or further order of this Court.

The Court requests a response to the petition for a writ of mandamus from real parties in interest. The response if any, is due no later than **Tuesday, June 18, 2019**.

It is so ORDERED.

Judge's signature: ____/s/ Julie Countiss_____
                    ☑ Acting individually      ☐ Acting for the Court

Date: __June 4, 2019__